IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

Gwen Glaze,                            )
                                       )
      Plaintiff,                 )
                                       )
vs.                                    ) Case No. 6:17-cv-03081
                                       )
Robert L. Leonard D.V.M. and           )
Animal Clinic & Equine Center, LTD,    )
                                       )
      Defendants.                )

## DEFENDANTS' SUPPLEMENTAL PROPOSED EXHIBIT LIST

COME NOW Defendants, by and through counsel and for their Supplemental Proposed Exhibit List for trial state the following:

| Defendants' Exhibit No. | Exhibit Description |
| --- | --- |
| Defendants' Exhibit No. 116 | Plaintiff Glaze's Tank Checklist |

All exhibits identified by Plaintiff in her Proposed Exhibit List. Defendants reserve the right to supplement their Exhibit List as necessary for the trial of this case.

      Respectfully submitted,

      LAUREN ALLEN, LLC

      /s/*Lauren Perkins Allen*
      Lauren Perkins Allen    #49845
      2345 Grand Boulevard, Ste. 1600
      Kansas City, Missouri 64108
      T: 816.877.8120
      F: 816.817.1120
      Email: lpa@laurenallenllc.com

      and

<pre>
                         W. Swain Perkins                  #22976
                         PERKINS & O'NEILL, LLC
                         304 East Walnut
                         Thayer, Missouri 65791
                         T:  417.264.7118
                         F:  417.264.7141
                         Email:  law@perkinslawoffice.com
</pre>

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that the foregoing was filed via the Court's Electronic filing system this 14th day of August 2018 which sent notification and copy of the pleading to counsel of record.

                                /s/ *Lauren Perkins Allen*
                                ***Attorney for Defendants***