# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

GWEN GLAZE,        )
       )
           Plaintiff        )
       )    Case Number: 6:17-CV-03081-BCW
v.        )
       )
ROBERT L. LEONARD, DVM, et al.,        )
       )
           Defendants        )

## PLAINTIFF'S EXHIBIT INDEX

| T | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
|---|---|---|---|
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB | = admitted, de bene | NO | = marked, but not offered |
| | | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | Southern Jazz - Breeding Advertisements |
| 2 | | | | Southern Jazz - Background/Pedigree |
| 3 | | | | Note from Doctor Leonard |
| 4 | | | | Letter from Dr. Leonard to Ms. Glaze re: terms of agreement to store semen |
| 5 | | | | Sample (blank) form contract from Animal Clinic & Equine Center |
| 6 | | | | Animal Clinic & Equine Center "Instructions for Handling & Thawing Frozen Semen" |
| 7 | | | | Blank Application for Semen Transport Permit |
| 8 | | | | 2015 National Assoc. of Breeders NBC Breeding Stallion Nomination Form |
| 9 | | | | August 12, 2015 ltr from Dr. Leonard to Lib Carlisle |
| 10 | | | | December 1, 2016 check from Animal Clinic and Equine Center to Plaintiff |
| 11 | | | | Signed contract between Defendants and Plaintiff |

Page # _1_ I CERTIFY that I have this date ____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____     /s/ _____
Name                                           Signature

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 12 | | | | November 30, 2016 letter from Animal Clinic and Equine Center to Ms. Glaze |
| 13 | | | | Defendants' Expert Witness Disclosures for Geno Middleton (credentials, sire progeny for Southern Jazz, and expert report) |
| 14 | | | | Defendant's Exhibit A as attached to their Answer. |
| 15 | | | | September 3, 2015 note from Plaintiff to Dr. Leonard |
| 16 | | | | Letter of May 24, 2007 to Mr. Glaze from Animal Clinic and Equine Center |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page # __2___ I CERTIFY that I have this date ____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____     /s/ _____
Name                                                                    Signature